**Derek N. JARVIS, Plaintiff—Appellant,**

v.

**STAPLES, INCORPORATED, Defendant—Appellee.**

No. 10–2299.

United States Court of Appeals, Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 2, 2011.

Derek N. Jarvis, Appellant Pro Se. Reenah Kim, Seyfarth Shaw, LLP, Washington, D.C., for Appellee.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek N. Jarvis appeals the district court's order dismissing his civil action alleging discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jarvis v. Staples, Inc.*, No. 8:10–cv–00244–PJM, 2010 WL 4942010 (D.Md. Nov. 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*